IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WENDY MCGHEE,**

    **Plaintiff,**

**vs.**                              **CASE NO. 5:10-cv-20/RS-EMT**

**SOVEREIGN HEALTHCARE of
BONIFAY, LLC d/b/a BONIFAY
NURSING and REHAB CENTER,**

    **Defendant.**
_____/

## ORDER

The relief requested in Defendant's Motion for Continuance (Doc. 28) is **granted**.

**It is ordered:**

1. The pretrial conference is rescheduled for December 2, 2010 at 130 P.M (C.D.T.).

2. The trial is rescheduled for December 13, 2010 at 8:30 A.M.


**ORDERED** on October 15, 2010

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**