IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WENDY MCGHEE,

    Plaintiff,

vs.                                  CASE NO. 5:10-cv-20/RS-EMT

SOVEREIGN HEALTHCARE of
BONIFAY, LLC d/b/a BONIFAY
NURSING and REHAB CENTER,

    Defendant.
_____/

## ORDER

Before me is the Notice of Resolution (Doc. 30). Pursuant to N.D. Fla. Loc. 16.2, it is ordered:

1. The case is dismissed from the active docket of the court.

2. In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is direct to close the case in its entirety for all purposes.

**ORDERED** on December 13, 2010

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**